IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KELVIN DEWAYNE ALTHEIMER )
)
v. ) No. 3:06-0334
) JUDGE CAMPBELL
SETON CORPORATION d/b/a )
BAPTIST HOSPITAL )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge dated August 15, 2006 (Docket No. 22) to which no objections have been filed. The Court has made a de novo review of the Magistrate Judge's findings and the record. 28 U.S.C. §636(b)(1)(B). The Magistrate Judge's Report and Recommendation (Docket No. 22) is ADOPTED and APPROVED.

Accordingly, Plaintiff's Motions Not To Dismiss Plaintiff Complaint & Claim (Docket No. 16) is DENIED.

Plaintiff's Motion For A Recoil (Docket No. 18) is DENIED.

Plaintiff's Motion To Supplement Records (Docket No. 19) is DENIED.

Plaintiff's Claim Supporting My Claim For Relief (Docket No. 20) is DENIED.

Defendant's Motion to Dismiss (Docket No. 9) is GRANTED and this case is DISMISSED.

Entry of this Order shall constitute final judgment in this action. Fed. R. Civ. P. 58.

Any appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Plaintiff is not certified to pursue an appeal in forma pauperis. Id.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE